# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF HAWAII

Case No. 13−00536

Chapter 13

In re:

    Alma Lea Funke
    aka Alma Lea Dayes
    424 North Kalaheo Ave.
    Kailua, HI 96734

Social Security No.:
    xxx−xx−6420

Employer's Tax I.D. No.:

## CLERK'S NOTICE

NOTICE IS HEREBY GIVEN THAT THE FOLLOWING HAS BEEN ENTERED ON THE DOCKET IN THIS CASE:

    [The entire order in this matter is set forth in this docket entry. No document is attached.]Order To Show Cause Why Discharge Should Not Be Granted. It appears that the debtor(s) received a discharge within the time specified in 11 U.S.C. sec. 727(a)(8) or (9), or sec. 1328(f), in Case No. 09−34428 in the Southern District of Texas, making the debtor(s) ineligible for a discharge in this case under the current chapter. Failure to file an objection to this order within 60 days after its entry will result in denial of a discharge under the current chapter. SO ORDERED. /s/Robert J. Faris, United States Bankruptcy Judge.

Date: April 3, 2013

**Address of the Bankruptcy Clerk's Office:**
1132 Bishop Street
Suite 250
Honolulu, HI 96813

Clerk of the Bankruptcy Court:

**Michael B. Dowling**

Telephone number: (808) 522−8100